FILED
07/23/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **RICHARD J. SOBOLEWSKI,** Defendant. | **VIOLATION:** **6564423** **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 6564423 (for a total of $180), and for good cause shown,

IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 6564423.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 6, 2020, is VACATED.

DATED this 23rd day of July, 2020.

_____
John Johnston
United States Magistrate Judge